UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20CR00210 JAR |
| ROBERT LEWIS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah (ECF No. 54). On December 11, 2020, Defendant Lewis filed a Motion to Suppress (ECF No. 30). After a hearing and consideration, Magistrate Judge Mensah recommends the Court deny Defendant's Motion to Suppress.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Shirley Padmore Mensah, who filed a Report and Recommendation on April 30, 2021 (ECF No. 54). Defendant Lewis filed objections to the Report and Recommendation on June 4, 2021 (ECF No. 60). The Government filed a response (ECF No. 61). Defendant Lewis summarily states that he objects to several conclusions drawn by Magistrate Judge Mensah but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Lewis's objections are not persuasive.

The Magistrate Judge recommends that the Motion to Suppress be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [54] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress [30] is **DENIED.**

**IT IS FURTHER ORDERED** that this matter remains scheduled for Jury Trial on **July 6, 2021 at 9:00 a.m.**

Dated this 17th day of June, 2021.

*[signature]*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE